MARTIN J. AMBACHER (State Bar No. 144596)
martin.ambacher@mcnamaralaw.com
JOHN C. ADAMS (State Bar No. 230373)
john.adams@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF CONCORD and ANDREA OUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAART PROGRAMS, INC., BAYMARK HEALTH SERVICES, INC., AND ADDICTION RESEARCH AND TREATMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CONCORD, ANDREA OUSE, and DOES 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-04652 LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF CONCORD AND ANDREA OUSE'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Date:        October 18, 2018<br>Time:        9:30 a.m.<br>Courtroom: C<br>Judge:       Hon. Laurel Beeler |

Defendants City of Concord and Andrea Ouse's Motion to Dismiss Pursuant to FRCP 12(b)(6) came on regularly for hearing on October 18, 2018 before the Honorable Laurel Beeler. Amitai Schwartz, Esq. appeared on behalf of plaintiffs BAART Programs, Inc., Baymark Health Services, Inc., and Addiction Research and Treatment, Inc.  Martin J. Ambacher, Esq. appeared on behalf of defendants.

Having read and considered all papers in support of, opposition to, and in reply, and having heard oral argument in support of and in opposition to the Motion, the Court finds good cause and hereby GRANTS the Motion as follows:

1. Pursuant to FRCP 12(b)(6), the Complaint fails to state a claim upon which relief can be granted as to all claims because plaintiffs failed to exhaust administrative remedies

available under the City of Concord's Development Code.  Although plaintiffs do not have leave to amend, the dismissal is without prejudice so they may re-file their lawsuit if unsuccessful in proceedings under the Development Code.

2. Pursuant to FRCP 12(b)(6), the Complaint fails to state a claim upon which relief can be granted as to the fifth claim for violation of state law against the City of Concord because it is immune from liability under California Government Code section 818.4.  This claim arising from alleged violations of California Civil Code sections 51, 53, 54, and 54.1, and California Government Code sections 12955(l) and 12955(m) is dismissed without leave to amend and cannot be reasserted if plaintiffs re-file their lawsuit.

3. Pursuant to FRCP 12(b)(6), the Complaint fails to state a claim upon which relief can be granted as to the fifth claim for violation of state law against Andrea Ouse because she is immune from liability under California Government Code section 821.2.  This claim arising from alleged violations of California Civil Code sections 51, 53, 54, and 54.1, and California Government Code sections 12955(l) and 12955(m) is dismissed without leave to amend and cannot be reasserted if plaintiffs re-file their lawsuit

IT IS SO ORDERED.

Dated: _____, 2018

_____
Magistrate Judge Laurel Beeler

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

2